JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUN 5 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MENDOZA,<br><br>          Petitioner,<br><br>     vs.<br><br>RODERIK Q. HICKMAN, et al.,<br><br>          Respondents. | Case No. CV 05-6436-CAS (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition, and dismissing this action with prejudice.

DATED: 6/5/08

/s/ Christina A. Snyder
HONORABLE CHRISTINA A. SNYDER
United States District Judge

Prepared by:

/s/
HONORABLE OSWALD PARADA
United States Magistrate Judge